**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| VALERYA WILLIAMS, | : | No. 468 EAL 2016 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| v. | : | |
| | : | |
| | : | |
| DEPARTMENT OF HUMAN SERVICES, | : | |
| | : | |
| Respondent | : | |

**ORDER**

**PER CURIAM**

    **AND NOW**, this 18th day of April, 2017, the Petition for Allowance of Appeal is **DENIED**.